UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, et al.,<br><br>            Plaintiffs,<br>    vs.<br>CITY OF CLOVIS,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 09-0562 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiffs' counsel has notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 22, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the November 22, 2010 pretrial conference and January 11, 2011 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:     December 22, 2009**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE