IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, et al., | CASE NO. CV F 09-0562 LJO GSA |
| Plaintiffs, | **ORDER TO EXTEND FILING PAPERS TO DISMISS** |
| vs. | |
| CITY OF CLOVIS, et al, | |
| Defendants. / | |

On request of plaintiffs' counsel, this Court EXTENDS to no later than January 29, 2010, the deadline for the parties to file papers to dismiss or conclude this action in its entirety.

IT IS SO ORDERED.

**Dated:   January 22, 2010**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1